

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 4-11CR-183-Y |
| | § |
| YOULANDA ROCHELLE WRIGHT (1) | § |

INFORMATION

The United States Attorney charges:

Count One
False Claim Against the United States
(Violation of 18 U.S.C. § 287)

That on or about January 31, 2007, in the Fort Worth Division of the Northern District of Texas, the defendant, **Youlanda Rochelle Wright**, knowingly made and presented to the Internal Revenue Service, an agency of the United States Treasury Department a claim against the United States for payment, which she then and there knew to be materially false, fictitious, and fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, a 2006 United States Individual Income Tax Return, Form 1040A, wherein she claimed an income tax refund in the amount of $3654.

In violation of 18 U.S.C. § 287.

**Information - Page 1**

<u>Count Two</u>
Identity Theft
(Violation of 18 U.S.C. § 1028(a)(7) and (b)(2))

On or about February 6, 2008, in the Fort Worth Division of the Northern District of Texas, the defendant, **Youlanda Rochelle Wright**, did knowingly possess in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to wit, the Social Security Number ending in 4119 belonging to R.P., with the intent to commit any unlawful activity that constitutes a violation of Federal law, to wit, False Claim against the United States in violation of 18 U.S.C. § 287.

In violation of Title 18, United States Code, Section 1028(a)(7), (b)(2).

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Matthew J. Gulde

MATTHEW J. GULDE
Assistant United States Attorney
State Bar of Illinois No. 6272325
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, TX 76102-6897
Telephone: 817.252.5200
Facsimile: 817.978.3094

**Information - Page 2**

ORIGINAL

4-11CR-183-Y

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | Related Case Information |
|---|---|
| | Superseding Indictment: ☐ Yes ☒ No |
| | New Defendant: ☒ Yes ☐ No |
| | Pending CR Case in NDTX: ☐ Yes ☒ No |
| | Search Warrant Case Number: |
| | Rule 20 from District of: |
| | Magistrate Case Number: |

1. **Defendant Information**
   Juvenile:  ☐ Yes  ☒ No

   Sealed:   ☐ Yes  ☒ No

   Defendant Name
   YOULANDA ROCHELLE WRIGHT (1)
   Alias Name
   Address

2. **U.S. Attorney Information**
   AUSA   Matthew J. Gulde                    Illinois State Bar # 6272325

3. **Interpreter**
   ☐ Yes  ☒ No
   If Yes, list language and/or dialect: _____

4. **Location Status**
   Arrest Date:

   ☐ Federal Inmate
   ☐ Already in State Custody
   ☒ On Pretrial Release
   ☒ Summons to Issue

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2    ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 287 | False Claim Against the United States | 1 |
   | 18 U.S.C. § 1028(a)(7) and (b)(2) | Identity Theft | 2 |

   Date  11/21/11                         Signature of AUSA: _____