IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 1 8 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:11-CR-183-Y |
| YOULANDA ROCHELLE WRIGHT (1) | § | |

## WAIVER OF INDICTMENT

I, Youlanda Rochelle Wright, the above named defendant, who is accused of False Claim Against the United States and Identity Theft, in violation of 18 U.S.C. §§ 287, and 1028 (a)(7) and (b)(2), and being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on January 18, 2012, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Youlanda Rochelle Wright
Defendant

_____
Catherine Dunnavant
Attorney for Defendant

Before _____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE