UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER

| | |
|---|---|
| Hearing: | Sentencing - **NON-EVIDENTIARY** |
| Case number: | 4:11-CR-183-Y (01) |
| Defendant: | YOULANDA ROCHELLE WRIGHT |
| Court Reporter: | Ana Warren |
| Interpreter: | N/A |
| US attorney: | Matthew Gulde |
| Defense attorney: | Catherine Dunnavant, attorney for the defendant |
| Time in Court: | 15 minutes |
| Judge: | Judge Terry R. Means |
| Date of hearing: | July 23, 2012 |
| Status: | Guilty plea accepted as to count(s) one and two of the two-count information |
| | Custody of Federal Bureau of Prison: 60 months on count one and 18 months on count two of the two-count information. The sentence imposed in count two shall run consecutively to the sentence imposed in count one, for an aggregate term of imprisonment of 78 months. |
| | No Fine |
| | $166,384.85 Restitution |
| | Supervised release: three years on counts one and two of the two-count information. All terms of supervised release shall run concurrently with each other |
| | MSA: $200 due immediately |
| | The defendant is remanded to the custody of the United States marshal. |
| Days in Court: | One |
| Hearing concluded: | Yes |
| Deputy Clerk: | Charlotte White |
| US probation officer: | Carol Foreman |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUL 23 2012
CLERK U.S. DISTRICT COURT
By _____
         Deputy